# Exhibit "B"

# FRIEDMAN VARTOLO

A Limited Liability Partnership formed in the State of New York
1325 Franklin Avenue, Suite 160, Garden City, NY 11530
Telephone: (212) 471-5100|Facsimile: (212) 471-5150

June 17, 2025

Brad J. Sadek
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com
*VIA E-MAIL AND REGULAR MAIL*


**RE:**    Harry F. Smithers and Kelliann Smithers
           Bankruptcy Case No. 24-11608-djb

## NOTICE OF DEFAULT

Dear Counselor:

　　Please be advised, this office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust with regard to the above-referenced matter.

　　Our client has advised us that payments have not been tendered in accordance with the Stipulation resolving the Motion for Relief from Stay, approved by the Court by an Order entered on March 24, 2025 (Doc. No. 71)

　　This notice is to advise that your client has defaulted on payments required under the terms of the Order and is due for as follows:

| | |
|---|---|
| Missed Payments 05/01/2025 - 06/01/2025 @ $869.67 each | $1,739.34 |
| Suspense | $-0.33 |
| **Total Due and Owing good through June 10, 2025** | $1,739.01 |

　　Payment should be made by bank or certified funds and mailed directly to:
SN Servicing Corporation
P.O. Box 660820
Dallas, TX 75266-0820

　　Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

1

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

Yours truly,
/s/   Lauren M. Moyer
Lauren M. Moyer, Esquire

cc:

Harry F. Smithers
2856 Nautilus Road
Philadelphia, PA 19154
Bankruptcy Debtor

Kelliann Smithers
2856 Nautilus Road
Philadelphia, PA 19154
Bankruptcy Debtor

Anna Mccloskey
2856 Nautilus Rd
Philadelphia, PA 19154
Bankruptcy Co-Debtor

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
United States Trustee

2